IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARC WATERMAN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 21-2623** |
| | : | |
| **COHERENT, INC.,** *et al.* | : | |

# ORDER

**AND NOW**, this 8th day of July 2021, upon considering Plaintiff's Notice of Voluntary Dismissal (ECF Doc. No. 2), it is **ORDERED**:

1. This action is **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(i); and,

2. The Clerk of Court shall **close** this case.

**KEARNEY, J.**